IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-00334-01-CR-W-HFS |
| | ) | |
| RICARDO VARELA CASTRO | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After review of the record, and noting that there were no objections filed, the report and recommendation (Doc. 59) is hereby adopted, and the motion to suppress (Doc. 28) is hereby GRANTED.

/s/ Howard F. Sachs _____
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 18, 2013

Kansas City, Missouri